LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendants Tiffanie Cosper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SIVIL, | Case No: 2:20-cv-00244-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSOANL AND SUBJECT MATTER JURISDICTION [ECF 16]** |
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; TIFFANIE COSPER, an individual, DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendants. | **(SECOND REQUEST)** |
| | ECF No. 21 |

Plaintiff TERESA SIVIL, by and through her counsel of record, Jerome R. Bowen, Esq., of BOWEN LAW OFFICES, and Defendant TIFFANIE COSPER, by and through her counsel of record, the law offices of LIPSON NEILSON P.C., hereby agree and stipulate that the deadline for Defendant TIFFANIE COSPER to file her Reply in Support of Motion to Dismiss [ECF 16] should be extended one (1) day from June 2, 2020 to June 3, 2020.

*TERESA SIVIL v. COUNTRY MUTUAL INSURANCE COMPANY, et al.*

Case No. 2:20-cv-00244-JAD-EJY

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is to allow counsel for Defendant TIFFANIE COSPER additional time to review and evaluate the issues raised in Plaintiff's Opposition to Defendant Tiffanie Cosper's Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction [ECF No. 18].

Defense counsel had an unexpected emergency hearing necessitating a one day extension on the reply. This is the Parties' second request for an extension, and is made in good faith and not for purpose of delay.

DATED this 2nd day of June, 2020.

BOWEN LAW OFFICES

By: */s/ Jerome R. Bowen*
    JEROME R. BOWEN, ESQ.
    Nevada Bar No. 4540
    9960 W. Cheyenne Ave., Suite 270
    Las Vegas, NV 89129
    (702) 240-5191 – Phone
    (702) 240-5797 – Fax
    twilcox@lvlawfirm.com

*Attorneys for Plaintiff Teresa Sivil*

DATED this 2nd day of June, 2020.

LIPSON NEILSON P.C.

By: */s/ Lisa J. Zastrow*
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    LISA J. ZASTROW, ESQ.
    Nevada Bar No. 9727
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500
    jgarin@lipsonneilson.com
    lzastrow@lipsonneilson.com

*Attorneys for Defendant Tiffanie Cosper*

**IT IS SO ORDERED.**

_____
U.S. District Judge
Dated 6/3/2020, nunc pro tunc to 6/2/2020