JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 270
Las Vegas, Nevada 89129
(702) 240-5191 ✦ Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SIVIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>　　　　Defendants. | Case No. 20:CV-00244-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>ECF Nos. 34, 35 |

　　　　Plaintiff TERESA SIVIL and Defendant COUNTRY MUTUAL INSURANCE COMPANY stipulate as follows:

　　　　1.　　On February 14, 2022, Country Mutual Insurance Company filed a Motion for Summary Judgment (ECF 34).

　　　　2.　　Plaintiff's opposition to the Motion for Summary Judgment is due March 7, 2022.

　　　　3.　　Plaintiff's counsel will be getting married and traveling on a honeymoon. He will not return back to the office until March 7, 2022.

/ / /

/ / /

4. The parties wish to relieve Plaintiff of the obligation to file an opposition during this time period to the Motion for Summary Judgment until after he returns. Accordingly, it is hereby requested that the due date for Plaintiff's opposition be extended to March 21, 2022.

DATED this 22nd day of February, 2022

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Plaintiffs

DATED this 22nd day of February, 2022

**R O G E R S , M A S T R A N G E L O , CARVALHO & MITCHELL**

*/s/ Rebecca L. Mastrangelo, Esq.*
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
February 24, 2022

Page 2 of 2