1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 4540
2  JEFFREY W. CHRONISTER, ESQ.
   Nevada Bar No. 15194
3  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Avenue, Suite 270
4  Las Vegas, Nevada 89129
   (702) 240-5191 ✦ Facsimile: (702) 240-5797
5  twilcox@lvlawfirm.com
   *ATTORNEYS FOR PLAINTIFF*

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                               * * *

10 | TERESA SIVIL,
11 |        Plaintiff,                    **Case No. 20:CV-00244-JAD-EJY**
12 | v.
13 | COUNTRY MUTUAL INSURANCE             **STIPULATION AND ORDER TO**
   | COMPANY, a foreign corporation; DOES I **EXTENDING BRIEFING SCHEDULE**
14 | through X; and ROE CORPORATIONS I    **REGARDING DEFENDANTS MOTION**
   | through X,                           **FOR SUMMARY JUDGMENT**
15 |
   |        Defendants.                   **( Second Request)**
16 |
                                           ECF No. 38

18         Plaintiff TERESA SIVIL and Defendant COUNTRY MUTUAL INSURANCE COMPANY
19 stipulate as follows:
20         1.      On February 14, 2022, Country Mutual Insurance Company filed a Motion for
21 Summary Judgment (ECF 34).
22         2.      Plaintiff's opposition to the Motion for Summary Judgment was due March 21, 2022
23                 by extension (ECF 36)
24         3.      Plaintiff's counsel has had two (2) deaths in his family. One of which the funeral
25 took place in Utah. As such, Mr. Bowen was traveling for the same. Furthermore, Plaintiff's counsel
26 needs an additional five (5) days to finalize the opposition.
27

4. Accordingly, it is hereby requested that the due date for Plaintiff's opposition be extended to March 25, 2022.

DATED this 25th day of March, 2022

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Plaintiffs

DATED this 25th day of March, 2022

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

*/s/ Rebecca L. Mastrangelo, Esq.*
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: April 6, 2022

_____
U.S. DISTRICT JUDGE

Page 2 of 2