REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for COUNTRY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA SIVIL,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>      Defendants. | CASE NO. 2:20-cv-00244-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING MOTION FOR SUMMARY JUDGMENT**<br><br>ECF No. 42 |

    Defendant COUNTRY MUTUAL INSURANCE COMPANY ("Defendant") and Plaintiff TERESA SIVIL stipulate as follows:

    1. On February 14, 2022, Defendant filed a Motion for Summary Judgment (ECF 34);

    2. Defendant's Reply to the Motion for Summary Judgment is currently due on April 8, 2022;

    3. Defendant's counsel is out of state and is expected to return on April 25, 2022;

/ / /

/ / /

/ / /

/ / /

/ / /

4. Accordingly, it is hereby requested that the due date for Defendant's Reply to the Motion for Summary Judgment be extended to April 25, 2022.

DATED this 7th day of April, 2022.

| ROGERS, MASTRANGELO, CARVALHO & MITCHELL | BOWEN LAW OFFICES |
|---|---|
| /s/ *Charles A. Michalek* | /s/ *Jeffrey W. Chronister* |
| Charles A. Michalek, Esq.<br>Nevada Bar No. 5721<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Country Mutual Insurance Company | Jeffrey W. Chronister, Esq.<br>Nevada Bar No. 15194<br>9960 W. Cheyenne Avenue, Suite 270<br>Las Vegas, Nevada 89129<br>Attorneys for Plaintiff<br>Teresa Sivil |

**ORDER**

IT IS SO ORDERED this 11th day of April, 2022.

_____
U.S. DISTRICT JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Charles A. Michalek*

_____
Charles A. Michalek, Esq.
Nevada Bar No. 5721
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant
Country Mutual Insurance Company

2

Case 3:23-cv-00183-SLG   Document 44   Filed 04/11/22   Page 2 of 2