```
 1  REBECCA L. MASTRANGELO, ESQ.
    Nevada Bar No. 5417
 2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
    700 S. Third Street
 3  Las Vegas, Nevada 89101
    Phone (702) 383-3400
 4  Fax (702) 384-1460
    rmastrangelo@rmcmlaw.com
 5  Attorneys for Country Mutual Insurance Company

 6

 7                    UNITED STATES DISTRICT COURT

 8                         DISTRICT OF NEVADA

 9  TERESA SIVIL,                    )
                                     )   CASE NO. 2:20-cv-00244-JAD-EJY
10         Plaintiff,                )
                                     )
11  vs.                              )
                                     )   STIPULATION AND ORDER
12  COUNTRY MUTUAL INSURANCE         )   FOR DISMISSAL OF PLAINTIFF'S
    COMPANY, a foreign corporation;  )   SECOND CLAIM FOR RELIEF
13  DOES I through X; and ROE        )
    CORPORATIONS I through X,        )
14                                   )   ECF Nos. 51, 45, 56
           Defendants.                )
15  _____)
```

16     Plaintiff TERESA SIVIL and Defendant COUNTRY MUTUAL INSURANCE COMPANY

17 hereby stipulate and agree that Plaintiff's Second Claim for Relief (Insurance Unfair Trade Practices

18 pursuant to Alaska Statutes Section 21.36.125) as set forth in the Second Amended Complaint on

19 file herein may be dismissed, with prejudice, each party to bear its own fees and costs.

20   DATED this 1st day of November, 2022.        DATED this 1st day of November, 2022.

21   ROGERS, MASTRANGELO, CARVALHO         BOWEN LAW OFFICES
22   & MITCHELL

23   /s/ Rebecca L. Mastrangelo            /s/ Jerome R. Bowen

24   Rebecca L. Mastrangelo, Esq.          Jerome R. Bowen, Esq.
     Nevada Bar No. 5417                   Nevada Bar No. 4540
25   700 S. Third Street                   9960 W. Cheyenne Avenue, Suite 270
     Las Vegas, Nevada 89101               Las Vegas, Nevada 89129
26   Attorney for Defendant                Attorneys for Plaintiff
     Country Mutual Insurance Company      Teresa Sivil

27

28

**ORDER**

Based on the parties' stipulation [ECF No. 56] and good cause appearing, IT IS ORDERED that **the plaintiff's second claim for relief (unfair trade practices) is DISMISSED**, and the pending motion for summary judgment on that claim **[ECF Nos. 51, 53] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
November 1, 2022

Submitted by:

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

/s/ Rebecca L. Mastrangelo
_____
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant
Country Mutual Insurance Company