1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 4540
2  JEFFREY W. CHRONISTER, ESQ.
   Nevada Bar No. 15194
3  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Avenue, Suite 270
4  Las Vegas, Nevada 89129
   (702) 240-5191 ✦ Facsimile: (702) 240-5797
5  twilcox@lvlawfirm.com
   *ATTORNEYS FOR PLAINTIFF*

6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9                          * * *

| | |
|---|---|
| TERESA SIVIL, | **Case No. 2:20-CV-00244-JAD-EJY** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS** |
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendants. | **(First Request)**  ECF No. 60 |

The Parties have stipulated to give Plaintiff a nine (9) day extension of time to file the Opposition to Defendant Country Mutual Insurance Company's Motion to Dismiss (ECF No. 59) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel will be traveling out of town conducting out of state meetings. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

The Parties request a nine (9) day extension of time, up to and including, December 2, 2022, for Plaintiff to file her Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 59).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including December 2, 2022, to file her Opposition to Defendant Country Mutual Insurance Company's Renewed Motion to Dismiss (ECF No. 59).

| | |
|---|---|
| DATED this 14th day of November, 2022 | DATED this 14th day of November, 2022 |
| **BOWEN LAW OFFICES** | **ROGERS, MASTRANGELO, CARVALHO & MITCHELL** |
| */s/ Jerome R. Bowen, Esq.* <br> Jerome R. Bowen, Esq. <br> Nevada Bar No. 4540 <br> Jeffrey W. Chronister, Esq. <br> Nevada Bar No. 15194 <br> Attorneys for Plaintiffs | */s/ Rebecca L. Mastrangelo, Esq.* <br> Rebecca L. Mastrangelo, Esq. <br> Nevada Bar No. 5417 <br> Attorney for Defendant |

## ORDER

Based on the parties' stipulation [ECF No. 60] and good cause appearing, IT IS SO ORDERED.

Dated this 14th day of November, 2022.          _____
                                                U.S. DISTRICT JUDGE