1 REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
2 ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
3 Las Vegas, Nevada 89101
Phone (702) 383-3400
4 Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
5 Attorneys for COUNTRY MUTUAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA SIVIL,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>   Defendants. | CASE NO. 2:20-cv-00244-JAD-EJY<br><br><br><br><br><br>ECF No. 72 |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER VENUE (FIRST REQUEST)**

  The Parties have stipulated to give Defendant two additional weeks to file its Reply Brief in support of the Motion to Transfer Venue [ECF 69] in this matter. The reason supporting this stipulation is that Defendant's counsel Rebecca L. Mastrangelo, Esq.'s elderly mother is in the hospital in Canonsburg, Pennsylvania, requiring counsel to travel to Pennsylvania on April 4, 2023, and precluding her from completing the briefing.

  The Parties therefore STIPULATE, AGREE, AND REQUEST AN ORDER allowing an additional two (2) week extension of time, up to and including, April 19, 2023, for Defendant to file

/ / /

/ / /

its Reply Brief.  This is the first extension of time requested by the Parties related to this Motion.

DATED this 3rd day of April, 2023                    DATED this 3rd day of April, 2023

**BOWEN LAW OFFICE**                                  **ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

*/s/ Jerome R. Bowen*                                 */s/ Rebecca L. Mastrangelo*

Jerome R. Bowen, Esq.                                 Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 4540                                   Nevada Bar No. 5417
Attorney for Plaintiff                                Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this 3d day of April, 2023.

_____
U.S. DISTRICT JUDGE